AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Timothy Garcia | Telephone: (313) 226-9522 |
| Special Agent: | Martin Wayman | Telephone: (313) 500-3107 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Luis Alfonso NIETO-RONDON

Case No. 
Case: 2:25−mj−30773
Assigned To : Unassigned
Assign. Date : 12/29/2025
Description: CMP USA V. NIETO−RONDON (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 19, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(a) | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Martin Wayman, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 29, 2025

_____
Judge's signature

City and state: Detroit MI

Kimberly G. Altman, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Martin J. Wayman, a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      I have been employed as a Special Agent with HSI since 2002.  As a Special Agent, my responsibilities include investigating possible criminal violations of federal laws.  I am currently assigned to the Special Agent in Charge ("SAC") Detroit - HSTF group, which is responsible for conducting Title 8 investigations and enforcing laws that are under the investigative jurisdiction of HSI in the Eastern District of Michigan. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered to investigate and make arrests for violations of federal criminal laws.

2.      I am submitting this affidavit because I have probable cause to believe that on or about November 19, 2025, in the Eastern District of Michigan, Luis Alfonso NIETO-RONDON violated 18 U.S.C. § 111(a)(1) by forcibly, resisting, opposing, impeding, and interfering

1

with a federal officer or employee while engaged in or on account of the performance of official duties.

3. This affidavit is submitted for the limited purpose of establishing probable cause that NIETO-RONDON violated the above-described federal law and therefore contains only a summary of the relevant facts. I have not included every fact known by me in connection with this investigation. The statements contained in this affidavit are based on information I obtained from interviews of witnesses, my own observations and actions, information received from other law enforcement agents, my experience and training, and the experience of other agents and officers working with me.

## RELEVANT STATUTES AND LAW

4. 18 U.S.C. § 111(a)(1) makes it a criminal offense to forcibly assault, resist, oppose, impede, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties. Persons designated in § 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties.

5. Under § 111, where the acts described in the statute constitute only simple assault, the offense is a misdemeanor. Under Sixth Circuit case law, the category of "simple assaults" in § 111 includes forcibly resisting, opposing, impeding, or interfering with a person designated in 18 U.S.C. § 1114.

## PROBABLE CAUSE

6. On November 19, 2025, agents/officers assigned to the Homeland Security Task Force ("HSTF"), comprised of Homeland Security Investigations ("HSI"), Enforcement and Removal Operations ("ERO"), US Border Patrol ("USBP") and Federal Bureau of Investigation ("FBI") personnel, conducted surveillance at XXX Auburn Avenue, Pontiac MI (hereinafter the "Auburn Avenue residence"), for targeted illegal alien Luis NIETO-RONDON.

7. Prior to that date, ERO Deportation Officers ("DOs") conducted immigration database checks, which revealed that NIETO-RONDON did not have any lawful entry into the United States and was present inside of the United States without legal status. Further database checks showed that an Eagle Pass USBP agent encountered NIETO-RONDON in Eagle Pass, Texas, on or about May 26, 2022.

3

After a brief interview, it was determined that the NIETO-RONDON unlawfully entered the United States from Mexico by walking across the United States Border and was not inspected or admitted by an Immigration Officer at a Port of Entry as designated by the Secretary of Homeland Security. NIETO-RONDON further admitted to being a citizen of Venezuela with no right to be in or remain in the United States legally.

8.   On November 19, 2025, HSTF personnel conducted surveillance of NIETO-RONDON'S Auburn Avenue residence. Investigators observed a male who matched NIETO-RONDON's description exit the residence and enter a white 2012 Jeep Wrangler ("Jeep"). The Jeep is registered to NIETO-RONDON at the Auburn Avenue residence.

9.   HSTF personnel began mobile surveillance of the Jeep. Within a mile of departing the Auburn Avenue residence, NIETO-RONDON began driving recklessly at high rate of speed, disregarding stop signs, while making numerous turns attempting to evade HSTF personnel in their respective government owned vehicles ("GOV"). Agents then attempted to conduct a traffic stop of NIETO-RONDON.

Agents observed and communicated that the Jeep was travelling east on E. Howard Street, in the City of Pontiac, and took a sharp left onto northbound Gingell Court. DO Armstrong was travelling east on Chamberlain Street and observed the Jeep travelling at a high rate of speed. DO Armstrong activated his emergency lights and sirens on his unmarked GOV prior to approaching the "T" intersection of Gingell Court and Chamberlain Street. DO Armstrong attempted to cut off the Jeep's apparent route while other HSTF personnel approached from the rear of NIETO-RONDON.

10.     DO Armstrong entered and slowed in the "T" intersection at Chamberlain and Gingell. NIETO-RONDON attempted to evade DO Armstrong by turning right onto eastbound Chamberlain. In doing so, NIETO-RONDON jumped the curb and struck DO Armstrong's GOV on the front right portion of the bumper. A photograph of DO Armstrong's GOV post-collision is depicted below:

(Intentionally left blank)

5



Both vehicles continued east bound on Chamberlain adjacent to each other for approximately 50 yards before DO Armstrong overtook the Jeep. DO Armstrong maneuvered around the Jeep from the left and stopped on Chamberlain just prior to Perry Street. NIETO-RONDON stopped his Jeep approximately 5-10 feet behind the rear bumper of DO Armstrong's GOV and began to drive in reverse.

11. DO Armstrong exited his GOV while leaving the GOV in reverse and approached the Jeeps driver-side door. Other law enforcement officers then boxed in the Jeep from the rear. DO Armstrong's GOV (which was still in reverse) came to a rest on the Jeep's front bumper. DO Armstrong gave NIETO-RONDON verbal commands to exit the Jeep. At that point, NIETO-RONDON complied

6

with no further resistance. NIETO-RONDON was arrested, handcuffed, and transported to processing without incident.

## CONCLUSION

Based on the above facts, there is probable cause to believe that on or about November 19, 2025, in the Eastern District of Michigan, Luis NIETO-RONDON violated 18 U.S.C. § 111(a) by forcibly resisting, opposing, impeding, and interfering with a federal officer or employee while engaged in or on account of the performance of official duties. I therefore respectfully request the attached warrant be issued authorizing said complaint and arrest warrant.

Martin J. Wayman
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
or by reliable electronic means

Hon. Kimberly G. Altman
United States Magistrate Judge

December 29, 2025

7